JERRY L. COPPOLA *v.* KINGS HIGHWAY
ASSOCIATES ET AL.
(11825)

DALY, FREEDMAN and SCHALLER, Js.
Argued April 30—decision released May 25, 1993

*Robert C. Pinciaro,* with whom, on the brief, were
*Serge G. Mihaly* and *Richard G. Kascak,* for the appellants (defendants Salvatore K. DiNardo et al.).
*Matthew B. Woods,* for the appellee (plaintiff).

PER CURIAM. We have thoroughly examined the record and briefs in this matter and find this appeal to be without merit.

The judgment rendered on the plaintiff's motion for summary judgment is affirmed and the case is remanded for the purpose of setting a new sale date.